IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DE'ANTAWANE MITCHELL,
Inmate No. 863100,
    Plaintiff,

vs.                                        Case No.: 3:17cv220/MCR/EMT

T. SADDLER,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

       This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). By order of this court dated April 10, 2017, Plaintiff was given thirty (30) days in which to pay an initial partial filing fee in the amount of $29.04 (ECF No. 3). After Plaintiff failed to pay the initial partial filing fee by the deadline, on May 18, 2017, the court issued an order requiring Plaintiff to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 6). Plaintiff filed a response to the show cause order (ECF No. 7), stating that his means of financial support had stopped and that he could not pay the partial filing fee. The court then ordered Plaintiff to provide an updated printout

of his prison account (ECF No. 8), which was due on or before July 14, 2017. The time for compliance with this court's order has now elapsed, and Plaintiff has failed to pay the initial partial filing fee, provide the court with an updated printout of his prison account, or show cause for his failure to do so.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 8th day of August 2017.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.